# United States District Court
## Northern District of Illinois
### Eastern Division

Guy Hobbs                                    **JUDGMENT IN A CIVIL CASE**

          v.                                          Case Number: 12 C 3117

Elton John, Big Pig Music Ltd.,
Bernard Taupin

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted and this lawsuit is dismissed in its entirety with prejudice.

                                                    Thomas G. Bruton, Clerk of Court

Date: 10/29/2012                              _____
                                                      /s/ Katie Franc, Deputy Clerk